UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Sherry Ragsdale,        )<br>                             )<br>                             )<br>        Plaintiff            )<br>                             )   Case No. 4:13-CV-02107 RWS<br>        vs.                  )<br>                             )<br>City of Moberly Missouri, et al.  )<br>                             )<br>                             )<br>        Defendant(s)       )  | |

## ORDER

The above styled and numbered case was filed on October 21, 2013 and randomly assigned to the Honorable Rodney W. Sippel , United States District Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:13-CV-00092.  **IT IS FURTHER ORDERED** that cause number. 4:13-CV-02107  RWS be administratively closed.


Dated this 22nd Day of October, 2013.                    JAMES G. WOODWARD
                                                         Clerk of Court

                                                         By: /s/Michele Crayton
                                                             Deputy In Charge

**Please note the new case number: 2:13-CV-00092 SPM.**