UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Sherry Ragsdale, ) <br> ) <br> ) <br>     Plaintiff ) <br> ) <br>     vs. ) <br> ) <br> City of Moberly Missouri, et al. ) <br> ) <br> ) <br>     Defendant(s) ) | Case No. 4:13-CV-02107 RWS |

## **ORDER**

The above styled and numbered case was filed on October 21, 2013 and randomly assigned to the Honorable Rodney W. Sippel , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:13-CV-00092. **IT IS FURTHER ORDERED** that cause number. 4:13-CV-02107 RWS be administratively closed.

Dated this 22nd Day of October, 2013.          JAMES G. WOODWARD
                                                                           Clerk of Court

                                                                           By: /s/Michele Crayton
                                                                               Deputy In Charge

**Please note the new case number: 2:13-CV-00092 SPM.**